UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JORDAN COFFEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 22-271-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| TRANS UNION, LLC, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Jordan Coffey and Defendant Trans Union, LLC, have filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. [Record No. 47] The parties previously notified the Court that they have settled all remaining claims asserted in this matter. [Record No. 45] Accordingly, it is hereby

**ORDERED** as follows:

1. All claims asserted by Plaintiff Coffey against Defendant Trans Union, LLC, in this matter are **DISMISSED**, with prejudice, and this action is **STRICKEN** from the docket.

2. The parties shall bear their respective costs, attorney's fees, and expenses.

Dated: December 13, 2023.

